

# Affidavit of Financial Statement
In Forma Pauperis
(Exercise of Constitution – Secured Right)

Date 11/12/18

To:

Southern District Court of TEXAS

Office of the Clerk

515 Rusk Street Houston Territory, Texas Republic

[77002]

**Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties**

I Affirm, for the Record, that we do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above. As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law



always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

**Article VI**

"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

**Article 1, Section X**

"All debts shall be payable in gold or silver coin"

**Amendment V**

"No Person shall be deprived of due process of law"

**Amendment IX**

"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

  

Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. ***Miranda v. Arizona 384 US 436, 125:***

I respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Govern yourself accordingly,

I Am: *Antoine Ra'id Bey*
Antoine Ra'id Bey, Authorized Representative:
Ex Relatione <u>ANTOINE JERMAINE DAVIS</u>
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Southwest Region/North Amexam Territory
C/o 7943 ELLINGER LN
Houston, Texas Republic [Zip Exempt]
Non-Domestic

  

# DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
## 18 USC 242, 18 USC 876, 18 USC 1001, 42 USC 1987, 18 USC 3231

### In re: Cause # 226207501010

**ORIGINAL JURISDICTION**
"MINISTERS CONSULS AMBASSDORS DIPLOMATS"
Article III, Section 2; Article VI
United States Republic Constitution
Treaty of Peace and Friendship
'Established Law of the Land'
Federal Question(s):
Constitution, Treaty;
Religious Liberty;
Supreme Court Rulings
Due Process; etc.

**Plaintiff(s),**

Antoine Ra'id Bey, Natural Person

V.

**Defendant(s),**

RAUL RODRIGUEZ d/b/a "JUDGE"

SHELBY MANUEL d/b/a "CHIEF CLERK"

STEVEN HARRIS d/b/a "DISTRICT ATTORNEY"

R.J. HAINEY d/b/a "HARRIS COUNTY POLICE"

F. GOMEZ d/b/a "HARRIS COUNTY POLICE"

(Hereinafter Defendants)

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent;
UCC 1-202

  

Official Notice is hereby served on the HARRIS COUNTY CRIMINAL COURT AT LAW #13, HARRIS COUNTY JUSTICE CENTER, 1201 FRANKLIN ST. 15th Floor, HOUSTON, TEXAS REPUBLIC 77002, all Agents; interested parties; and above named Defendants-all cases and Jurisdiction / Venue moved to Federal Court PURSUANT TO ARTICLE 20, and 21, of the Treaty of Peace and Friendship of 1786/1836 between Morocco and united States of America; ARTICLE III, Section 2 Of the united States Constitution; and TITLE 28 § 1441- §1446 of the United States Codes, and reaffirmed by obligatory Official Oaths. All Matters, Complaints, (misrepresented as lawful CHARGES, etc.), must be filed with Federal Court, the united States Southern District of Texas Court, Houston Division In care of: 515 RUSK AVENUE, HOUSTON, Texas Republic [77002] pursuant to Jurisdiction abovementioned.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;-- between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects." **Article 3 Section 2 united States Republic Constitution**

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."- **ARTICLE 20: Treaty of Peace and Friendship OF 1836 A.D. between Morocco and the United States**

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever." **ARTICLE 21: Treaty of Peace and Friendship OF 1836 A.D. between Morocco and the United States**

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

## PARTIES

**Plaintiffs**

<u>Antoine Ra'id Bey</u>,
Natural Person, In Propria Persona, Sui Juris (not to be confused with Pro se) Aboriginal, Indigenous Moorish American National,

**Defendant(s),**

<u>RAUL RODRIGUEZ</u> d/b/a "JUDGE"
Care of HARRIS COUNTY CRIMINAL COURT AT LAW #13, HARRIS COUNTY JUSTICE CENTER, 1201 FRANKLIN ST. 15th Floor, HOUSTON, TEXAS REPUBLIC 77002; STATE OF TEXAS RESIDENT

<u>SHELBY MANUEL</u> d/b/a "ASSISTANT COURT CLERK"
In Care of HARRIS COUNTY CRIMINAL COURT AT LAW #13, HARRIS COUNTY JUSTICE CENTER, 1201 FRANKLIN ST. 15th Floor, HOUSTON, TEXAS REPUBLIC 77002; STATE OF TEXAS RESIDENT

<u>STEVEN HARRIS</u> d/b/a "ASSISTANT DISTRICT ATTORNEY"
In Care of HARRIS COUNTY CRIMINAL COURT AT LAW #13, HARRIS COUNTY JUSTICE CENTER, 1201 FRANKLIN ST. 15th Floor, HOUSTON, TEXAS REPUBLIC 77002; STATE OF TEXAS RESIDENT

<u>R.J.HAINEY</u> d/b/a "HARRIS COUNTY POLICE"
In Care of HARRIS COUNTY CRIMINAL COURT AT LAW #13, HARRIS COUNTY JUSTICE CENTER, 1201 FRANKLIN ST. 15th Floor, HOUSTON, TEXAS REPUBLIC 77002; STATE OF TEXAS RESIDENT

<u>F. GOMEZ</u> d/b/a "HARRIS COUNTY POLICE"
In Care of HARRIS COUNTY CRIMINAL COURT AT LAW #13, HARRIS COUNTY JUSTICE CENTER, 1201 FRANKLIN ST. 15th Floor, HOUSTON, TEXAS REPUBLIC 77002; STATE OF TEXAS RESIDENT

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

## MULTIPLE GROUNDS FOR REMOVAL

1. Considering I am Antoine Bey, a Moorish American, distinguished from and not to be identified as ANTOINE JERMAINE DAVIS: I am not one of your citizens nor residents, thus, 'diversity' is the primal issue at law. Additionally, pursuant to the United States Justice Department CRM 1508 and TITLE 28 USC 1028(d)(3) a persons nationality identification card is the primary source of Identification, thus upon presentment of my national ID to the agents municipal agents of Texas it should have been recognized as valid pursuant to federal and international law. Failure of the municipal agents to recognize my national ID is discrimination against my national origin and a federal and international crime.

2. Pursuant to the United States Supreme Court decision in *Younger v. Harris, 401 U.S. 37 (1971)*: *"...when absolutely necessary for protection of constitutional rights, courts of the United States have power to enjoin state officers from instituting criminal actions."*

3. It is clearly a violation of claimants constitutionally secured right to not only face their accuser and have the signed affidavit of fact of claims made against the accused pursuant to Article 5 and 6 of the united States Constitution, but pursuant to Article VI of the constitution (supremacy clause) the constitution for the united

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

 

States and all Treaties made shall be the supreme law of the land. It is the constitutional and treaty right of all Moors, who have issues or disputes with any citizens of the united States, their right to consul shall not be infringed. See the Treaty of Amity and Commerce between the Moroccan Empire and the Republic of the united States of America of 1786-7. The treaty granted no Personam jurisdiction, subject-matter jurisdiction, nor territorial jurisdiction to the united States over any Moor / Moorish Estate, except those which pertain to article 21, which applies to the criminal act of killing or wounding a citizen of the respective nations, to which, the proper venue is consular courts (also see Sundry Free Moors act of 1790). Thus, any proceedings of a case to which a Moor is a party is a violation of that Moors constitutionally secured rights. It is written in the treaty:

4. **Article 20.** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.*

5. **Article 21.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Trial, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever....*

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

6. Treaty is law of land as act of Congress is whenever its provisions prescribe rule by which rights of private citizens or subjects may be determined. **Head Money Cases, 112 US 580, 28 L Ed 798, 5 S Ct 247.**

7. State statutory provisions must yield to any applicable provisions of any treaty of the United States with a foreign country, constituting a part of the supreme law of the land. **De Tenorio V McGowan (CA5 Miss) 510 F2d 92, adhered to (CA5 Miss) 513 F2d 294, cert den 423 US 877, 46 L Ed 2d 110, 96 S Ct 150 and later app (CA5 Miss) 589 F2d 911.**

8. Treaty lawfully entered into stands on same footing of supremacy as do Constitution and laws of United States, and it is generally self-operating in that it requires no legislation by either congress or the state; treaty must be regarded as part of law of state as much as are state's own statutes, and it may override power of state even in respect of great body of private relations. **Amaya V Stanolind Oil & Gas Co. (CA5 Tex) 158 F2d, cert den 331 US 808, 91 L Ed 1828, 67 S Ct 1191, reh den 331 US 867, 91 L Ed 1871, 67 S Ct 1530.**

9. Courts cannot go behind treaty for purposes of annulling its effect and operation. **Fellows V Blacksmith, 60 US 366, 15 L Ed 684.**

10. **Treaty-Based Jurisdiction: <u>The Hague and Montreal Conventions</u>**

11. Treaty law also may provide a basis for a State's action independent of the principles of customary international law. A treaty creates obligations in States parties to it that may differ from those of customary international law, and it generally is immaterial whether customary international law points in the same or in a different direction than the treaty obligation. See, e.g., The Tunis and

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

Morocco Nationality Decrees Case, (Great Britain v. France) 1923 P.C.I.J. (ser. B) No. 4, at 24 (Feb. 7) (Permanent Court of International Justice, predecessor of the International Court of Justice ("ICJ"), recognizing that a country's treaty obligations could supersede the general norms of customary international law for the purpose of determining which questions of nationality fall within the domaine réservé of a State); see also Clive Parry, The Sources and Evidences of International Law 33 (1965) ("[I]f two or more States have unequivocally agreed to something by treaty, in relation to the matter in hand nothing other than the treaty has much relevance."). **https://caselaw.findlaw.com/us-2nd-circuit/1169653.html**

12. The exercise of criminal jurisdiction was also provided for in a treaty with Morocco, 8 Stat. 100, by virtue of a most-favored-nation clause and by virtue of a clause granting jurisdiction if "any . . . citizens of the United States . . . shall have any disputes with each other." The word "disputes" has been interpreted by the International Court of Justice to comprehend criminal as well as civil disputes. France v. United States, I. C. J. Reports 1952, pp. 176, 188-189. The treaties with Algiers, 8 Stat. 133, 224, 244; Tunis, 8 Stat. [354 U.S. 1, 62] 157; and Muscat, 8 Stat. 458, contained similar "disputes" clauses. 9. **United States Supreme Court REID v. COVERT, (1956) No. 701. Argued: May 3, 1956   Decided: June 11, 1956**

13. To date, there has never been a witness or corpus delecti to either enter a verbal or written affidavit of fact and claim or dispute against the appellant thus violating the 5th and 6th Amendment clause of the constitution.

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

14. **Amendment 5** - Protection of Rights to Life, Liberty, and Property: *No person shall be held to answer for a capital or otherwise infamous crime unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property without due process of law; nor shall private property be taken for public use without just compensation.*

15. **Amendment 6** - Rights of Accused Persons in Criminal Cases: *In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defense. ...*

16. *If this is a Criminal Matter, there must exist an injured party, of which I would be obligated to make remedy to. If this is a Civil Matter, there must be an injured party, or property, even unto a preponderance of evidence. If this is an Administrative Court (Traffic Court) as well, there must be an injured party as defined in the established Rule of Law, submitted in Exhibit A*: **Board of Trade v. Olson, 262 US 1; 29 ALR 2d 105.**

  

17. If the state courts continue with their unlawful prosecution and or conviction, they will be violating the claimants civil, national and human rights. As stated in the United States Court of Appeals, Sixth Circuit case: *Peoples v. City of Detroit, 344*; there can be no right of claim based on 'race', as it is a person's nationality that determines their political and legal status, which gives them not only standing at law, but the right to sue and enforce their constitutionally secured rights **United States Court of Appeals, Sixth Circuit. PEEPLES v. CITY OF DETROIT 344. Nos. 17-1222. Decided: June 01, 2018**

## RELIEF

1. <u>The claimants rights secured in the constitution is to</u>: be confronted with the witness or accuser and injured party bring claims or accusations against them, which the State court is denying that right; and

2. To have the case litigated with consuls present as stated in the treaty of 1787, which the State courts are denying said right;

3. Since my rights have clearly been violated I demand as remedy All UNCONSTITUTIONAL Citations – Suit / (misrepresented) Bill of Exchange: Number **226207501010** and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue;

4. *Defendant RAUL RODRIGUEZ d/b/a "JUDGE" is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity for the deprivation of rights of claimant;*

5. Defendant SHELBY MANUEL d/b/a "ASSISTANT COURT CLERK" is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity for the deprivation of rights of claimant;

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

6. Defendant STEVEN HARRIS d/b/a "ASSISTANT DISTRICT ATTORNEY", is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its private capacity for the deprivation of rights of claimant;

7. Defendant R.J. HAINEY d/b/a "HARRIS COUNTY POLICE" is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity for the deprivation of rights of claimant;

8. Defendant F. GOMEZ d/b/a "HARRIS COUNTY POLICE", is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity for the deprivation of rights of claimant;

### TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the united States Republic that the above is true and correct to the best of my knowledge and honorable intent.

Day 19, AUGUST, 2019 = 1439 M.C.

I Am: *Antoine Ra'id Bey*

Authorized Representative Natural Person, In Propria Persona: All Rights Reserved; U.C.C. 1-207 / 308; U.C.C. 1-103

Antoine Ra'id Bey
C/O 7943 ELLINGER LN
HOUSTON, Texas Republic [zip exempt]
Phone: 312-934-5101

Page - 10 - of 10
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent;
UCC 1-202